OPINION — AG — ** EXECUTIVE SESSION — SCHOOL BOARD ** THE PROVISIONS OF 25 O.S. 201 [25-201] PROHIBIT A BOARD OF EDUCATION FROM DISCUSSING STUDENT DISCIPLINARY MATTERS OR CONDUCTING STUDENT DISCIPLINARY HEARINGS IN EXECUTIVE SESSIONS. (OPEN MEETING LAW — SEE 25 O.S. 301 [25-301] THRU 25 O.S. 314 [25-314] (1977), DELINQUENT CHILDREN HEARINGS) CITE: 10 O.S. 1111 [10-1111] (JOE C. LOCKHART) ** SEE: OPINION NO. 75-197 (1975) **